UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALEXANDER McLAREN | ) | No. 11-19860 |
| | ) | |
| Debtor | ) | |
| | ) | |
| PETER H. ARKISON, TRUSTEE FOR DEBTOR ALEXANDER McLAREN, | ) | Adversary No. 14-01389 |
| | ) | |
| Plaintiff | ) | ORDER DISALLOWING CLAIM |
| v. | ) | |
| RUTH J. EDWARDS, | ) | |
| Defendant | ) | |

Order Disallowing Claim - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

This matter came on for trial on March 26, 2015. Present was the Plaintiff, Peter H. Arkison. Neither the Defendant nor anyone else responded for the Defendant when the Court asked if the Defendant or anyone on her behalf was present. The Court reviewed the record and found that the Court had jurisdiction and that the Defendant, Ruth J. Edwards had been given sufficient notice of the hearing.

The Court considered the presentations and offers of proof by the Plaintiff. The Court being fully advised in the premises and having jurisdiction,

IT IS ORDERED that the Court adopts and incorporates its oral remarks as its Findings of Fact and Conclusions of Law.

IT IS ORDERED that the Trustee's Objection to Claim 18 filed by Ruth J. Edwards is sustained; the claim is DISALLOWED in its entirety.

/ / / End of Order \ \ \

Presented by:

s/Peter H. Arkison
Peter H. Arkison
Attorney for the Trustee
WSBA 5530

Order Disallowing Claim - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300